UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS and <br> LUBBOCK INDEPENDENT SCHOOL <br> DISTRICT, <br>     *Plaintiffs*, <br> <br> v. <br> <br> XAVIER BECERRA, in his official <br> capacity as Secretary of Health and <br> Human Services, *et al.*, <br>     *Defendants.* | CIVIL ACTION NO. 5:21-CV-300 |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs the State of Texas and Lubbock Independent School District move for a temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

As set forth more fully in the brief filed in support of this motion, injunctive relief is warranted because Plaintiffs are likely to prevail on their claims that the Vaccine Mandate and Mask Mandate adopted by Defendants 86 Fed. Reg. 68,052 (November 30, 2021) is unlawful. Defendants lacked statutory authority to adopt it, failed to follow required procedures for adopting a rule, acted arbitrarily and capriciously when adopting the mandate, and made other legal errors. Moreover, the Vaccine Mandate and Mask Mandate will cause irreparable harm by requiring Head Start programs to terminate staff, contractors, and volunteers who fail to submit, by forcing some Head Start programs to shut down or cut back for lack of staff, and to expel children whose families fail to submit.

For the reasons discussed here and in Plaintiffs' brief in support, the Court should grant Plaintiffs' request for a temporary restraining order and preliminary injunction.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Charles K. Eldred*
**CHARLES K. ELDRED**
Special Litigation Counsel
Administration Law Division
State Bar No. 00793681
Charles.Eldred@oag.texas.gov

**JOHNATHAN STONE**
Assistant Attorney General
Civil Medicaid Fraud Division
State Bar No. 24071779

**AMY L.K. WILLS**
Assistant Attorney General
General Counsel Division
State Bar No. 24093379

Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
(512) 936-1706 • fax (512) 320-0167
Austin, Texas 78711-2548

**ATTORNEYS FOR PLAINTIFF
STATE OF TEXAS**

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
General Litigation Division
State Bar No. 24097834
Amy.Hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1327 • fax (512) 320-0667

**ATTORNEYS FOR PLAINTIFF
LUBBOCK INDEPENDENT
SCHOOL DISTRICT**

## CERTIFICATE OF CONFERENCE

We hereby certify that it was not possible to confer because we do not yet know who has been assigned to defend Defendants. Under Local Rule 7.1(b)(3), this motion is presumed to be opposed.

*/s/ Charles K. Eldred*   */s/ Amy S. Hilton*
Charles K. Eldred     Amy S. Hilton

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 14, 2021 and sent via CMRRR to the following:

Xavier Becerra
Secretary of the United States Department of Health and Human Services
United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

JooYuen Chang
Principal Deputy Assistant Secretary
Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Katie Hamm
Deputy Assistant Secretary for Early Childhood Development
Office of Early Childhood Development

Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Office of Early Childhood Development
Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Bernadine Furtrell
Director
Office of Head Start
Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Office of Head Start
Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

Joseph R. Biden
President of the United States
c/o U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

United States Attorney's Office
Northern District of Texas
Lubbock Office
1205 Texas Ave., Suite 700
Lubbock, Texas 79401-40024

|  |  |
|---|---|
| */s/ Charles K. Eldred* | */s/ Amy S. Hilton* |
| Charles K. Eldred | Amy S. Hilton |