UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, et al.,<br><br>    Defendants. | No. 5:21-CV-300-H |

## ORDER

On December 31, 2021, the Court issued a memorandum opinion and order granting the plaintiffs' motion for a preliminary injunction. Dkt. No. 42. The defendants' deadline to appeal the preliminary injunction expired on March 1, 2022. Fed. R. App. P. 4(a)(1)(B); Dkt. No. 43 at 1. Thus, there will be no appeal of the preliminary injunction, and the case remains in this Court.

Defendants' answer to the complaint is due no later than March 16, 2022. Dkt. No. 44. Given that the Court received extensive briefing, evidence, and oral argument during the preliminary-injunction proceedings, the Court also orders the parties to file a joint status report no later than March 16, 2022. The parties must inform the Court how they propose to proceed. To the extent the parties disagree, the joint report should explain each side's proposal. Following the answer and joint status report, the Court will issue an appropriate order.

So ordered on March 2, 2022

                                                                               _____
                                                                               JAMES WESLEY HENDRIX
                                                                               UNITED STATES DISTRICT JUDGE