UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

    No. 5:21-CV-300-H

XAVIER BECERRA, Secretary of Health
and Human Services, et al.,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Status Report. Dkt. No. 46. Because the parties informed the Court that they do not intend to engage in discovery (*id.* at 1), no discovery deadlines will be set at this time. The Court enters the following briefing schedule in accordance with the parties' request:

| | |
|---|---|
| Dispositive Motions Deadline | April 13, 2022 |
| Response Deadline | May 4, 2022 |
| Reply Deadline | May 18, 2022 |

So ordered on March 18, 2022.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE