UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS and <br> LUBBOCK INDEPENDENT SCHOOL DISTRICT, <br>     *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br>     *Defendants*. | CIVIL ACTION NO. 5:21-CV-300 |

### APPENDIX TO PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| | DOCUMENT NAME | APPX. PAGE NO. |
|---|---|---|
| 1 | Dkt.#27-1 – 86 Fed. Reg. 68,052 (Nov. 30, 2021) | **Appx. 1-50** |
| 2 | Dkt.#1-3 – Declaration of Dr. Kathy Rollo | **Appx. 51-55** |
| 3 | Dkt.#1-2 – TAGGS Grants | **Appx. 56-89** |
| 4 | Dkt.#5-9 – Log No. ACF-PI-HS-21-04 | **Appx. 90-93** |
| 5 | Dkt.#27 – Admin Record Table of Contents | **Appx. 94-99** |
| 6 | Dkt#29-9 - Implementing Mitigation Strategies in Early Care and Education Settings for Prevention of SARS-CoV-2 Transmission | **Appx. 100-104** |
| 7 | Dkt.#41 – Transcript of Hearing | **Appx. 105-199** |