IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-CV-00300-H <br><br> Judge James Wesley Hendrix |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants file this Response in Opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 54). The Court should deny Plaintiffs' motion for the reasons set forth in the accompanying brief.

Dated: May 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON (DC Bar No. 1720813)
MICHAEL P. CLENDENEN (DC Bar No. 1660091)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005

(202) 305-1953
madeline.m.mcmahon@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

On May 4, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ <i>Madeline M. McMahon</i></u>