UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS and <br> LUBBOCK INDEPENDENT SCHOOL DISTRICT, <br>     *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br>     *Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-300 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Plaintiffs file this Response to Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment. [Dkt. #48 & 49]. The Court should deny Defendants' Motion for the reasons set forth in the accompanying brief.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

| | |
|---|---|
| */s/ Charles K. Eldred*<br>**CHARLES K. ELDRED**<br>Special Litigation Counsel<br>Administration Law Division<br>State Bar No. 00793681<br>Charles.Eldred@oag.texas.gov<br><br>**JOHNATHAN STONE**<br>Assistant Attorney General<br>Civil Medicaid Fraud Division<br>State Bar No. 24071779<br><br>**AMY L.K. WILLS**<br>Assistant Attorney General<br>General Counsel Division<br>State Bar No. 24093379<br><br>Office of the Attorney General<br>Administrative Law Division<br>P.O. Box 12548, Capitol Station<br>(512) 936-1706 • fax (512) 320-0167<br>Austin, Texas 78711-2548<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**STATE OF TEXAS** | **CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division<br><br>*/s/ Amy S. Hilton*<br>**AMY S. HILTON**<br>Assistant Attorney General<br>General Litigation Division<br>State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov<br><br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1327 • fax (512) 320-0667<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**LUBBOCK INDEPENDENT**<br>**SCHOOL DISTRICT** |

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 4, 2022.

Madeline M. McMahon
Michael P. Clendenen
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
madeline.m.mcmahon@usdoj.gov

Attorneys for Defendants

                                         */s/ Charles K. Eldred*   */s/ Amy S. Hilton*
                                         Charles K. Eldred   Amy S. Hilton