# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10564

---

STATE OF TEXAS; LUBBOCK INDEPENDENT SCHOOL DISTRICT,

*Plaintiffs—Appellees,*

*versus*

XAVIER BECERRA, *Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JOOYUEN CHANG, *Principal Deputy Assistant Secretary*; ADMINISTRATION FOR CHILDREN & FAMILIES; KATIE HAMM, *Deputy Assistant Secretary for Early Childhood*; OFFICE OF EARLY CHILDHOOD DEVELOPMENT; BERNADINE FUTRELL, *Director of the Office of Head Start*; OFFICE OF HEAD START; JOSEPH R. BIDEN, *President of the United States*,

*Defendants—Appellants.*

United States Court of Appeals
Fifth Circuit
**FILED**
February 2, 2024
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CV-300

---

UNPUBLISHED ORDER

Before JONES, HIGGINSON, and HO, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that appellants' opposed motion to vacate the District Court judgment as moot is DENIED to the extent it is opposed.

Case: 23-10564      Document: 67-2      Page: 2      Date Filed: 02/02/2024
Case 5:21-cv-00300-H      Document 73      Filed 02/02/24      Page 2 of 2      PageID 25675

No. 23-10564

Appellees "agree that the portion of the final judgment remanding the case back to the agency . . . may be properly vacated."